FOSTER R. BOWLBY and Another, Executors, etc., of GEORGE M. BOWLBY, Deceased, Appellants, v. JOHN ENNIS McQUAIL, Respondent.— On reargument, order reversed upon the law, with ten dollars costs and disbursements, and motion for judgment granted, with ten dollars costs, on the ground that it was necessary, to constitute a defense, that the defendant plead a restoration to the plaintiff of what he received under the agreement of settlement; and also upon the ground that the evidence to prove the defense of fraud would be incompetent, as it would tend to vary the terms of a written agreement. This decision is without prejudice to a tender by the defendant of a restoration of the property received upon the settlement, and, in the event of a refusal by plaintiff to accept such offer, to apply at the Special Term for leave to amend the answer by setting up such tender and refusal. Jaycox and Rich, JJ., concur; Young, J., concurs upon the first ground stated only; Kelly, P. J., and Manning, J., dissent and vote to affirm. [See 207 App. Div. 855.]

JOHN E. BURKE, Respondent, v. ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

MAX EDELSTEIN, Respondent, v. M. FRANK SONS & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

MARGARET J. FRENCH, Respondent, v. CHARLES M. FRENCH, Appellant.— Final judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

EDGAR H. HAZELWOOD, Appellant, v. GRACE FINOCCHIO and Others, Defendants. PHILIP KANTER, Respondent.— Order of the County Court of Kings county denying plaintiff's motion to compel the purchaser to complete his purchase and relieving purchaser from his purchase reversed upon the facts, with ten dollars costs and disbursements, and motion to compel purchaser to complete purchase granted, with ten dollars costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

EDITH L. JUST, Respondent, v. MAX KRIMSKY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

LOUIS KLEIN, Appellant, v. MORRIS GREENBERG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

FRANK Y. Low, Respondent, v. ABRAM E. FITKIN and Another, Partners, etc., Appellants.— Order affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

ERNEST C. MOORE, Respondent, v. THE ARUNDEL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

BEATRICE NESBITT, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

NOAH SILBERBERG, Who Sues on Behalf of Himself and All Other Consumers, etc., Respondent, v. THE CITIZENS WATER SUPPLY COMPANY OF NEWTOWN, Defendant. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten